**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lonn Tomas MOORE, Defendant–Appellant.**

No. 03–30407.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 14, 2004.

Decided Aug. 2, 2004.

Frank R. Papagni, Jr., Esq., Office of the U.S. Attorney, Eugene, OR, for Plaintiff–Appellee.

Bryan E. Lessley, Esq., Office of the Federal Public Defender, Eugene, OR, for Defendant–Appellant.

Before: REAVLEY,* W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM **

The district court properly denied Appellant's motion to suppress. The record adequately supports the conclusion that Police Officer Robert Weaver had reasonable suspicion that Appellant and his companions were involved in criminal activity

---

* Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

when they were temporarily detained for questioning and frisked for weapons in the early morning of September 11, 2003. *See Terry v. Ohio,* 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.